UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT COYKENDALL, III,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

Case No. 1:20-cv-769

Hon. Hala Y. Jarbou

## ORDER

On December 9, 2021, Magistrate Judge Phillip J. Green issued a Report and Recommendation (R&R) recommending that the Commissioner's decision be affirmed (ECF No. 17). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on December 27, 2021. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 17) is **APPROVED** and **ADOPTED** as the opinion of the Court.

A judgment will enter consistent with this Order.

Date:  January 4, 2022          /s/ Hala Y. Jarbou
                                             HALA Y. JARBOU
                                             UNITED STATES DISTRICT JUDGE